GILBERT EISENBERG (SBN 28900)
LAW OFFICES OF GILBERT EISENBERG
400 Montgomery Street, Suite 200
San Francisco, CA 94104
Telephone: 415-433-3476
Facsimile: 415-296-8734

**Attorney for Defendant
MARLON DANIEL SMITH**

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,      )<br>                                                         )<br>        Plaintiff,                              )<br>                                                         )<br>   v.                                               )<br>                                                         )<br>MARLON DANIEL SMITH        )<br>                                                         )<br>        Defendant.                         )<br>_____) | Case No. CR-08-0117 VRW<br><br>**STIPULATION TO CONTINUE  DATE FOR ENTERING PLEA OF GUILTY AND** ~~**[PROPOSED]**~~ **ORDER** |

IT IS HEREBY STIPULATED by and between counsel for the UNITED STATES, Assistant U.S. Attorney Tarek Helou, and counsel for the Defendant, Marlon Daniel Smith, Gilbert Eisenberg, that the date for Defendant to ask the court to set aside his not guilty plea and enter a plea of guilty, now set for July 15, 2009 at 10:00 AM be continued and reset for August 13, 2009 at 2:00 PM to allow for compliance with the courts Order on discovery of July 13, 2009 and to allow for the parties to file briefs on the issue of whether defendant should be detained or released following his anticipated guilty plea. (18 U.S.C. § 3143(a) (2), § 3145 (c)

Dated:  this 14th  day of July, 2009.


                                                                    /s/ Tarek Helou
                                                                TAREK HELOU, Esq.
                                                                Assistant United States Attorney

STIPULATION  DATE TO ENTER GUILTY PLEA   -1-

1  Dated: this 14th day of JULY, 2008.

                                         /s/ Gilbert Eisenberg
                                         GILBERT EISENBERG, Esq.
                                         Counsel for Marlon Daniel Smith

7  GOOD CAUSE APPEARING,

8  IT IS SO ORDERED.

9  Dated this ___16th___ day of July , 2009

IT IS SO ORDERED.

Judge Vaughn R Walker

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

STIPULATION  DATE TO ENTER GUILTY PLEA     -2-