GILBERT EISENBERG (SBN 28900)
LAW OFFICES OF GILBERT EISENBERG
400 Montgomery Street, Suite 200
San Francisco, CA 94104
Telephone: 415-433-3476
Facsimile: 415-296-8734

**Attorney for Defendant**
**MARLON DANIEL SMITH**

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> MARLON DANIEL SMITH ) <br> ) <br> Defendant. ) <br> _____ ) | Case No. CR-08-117 VRW <br><br> **STIPULATION TO CONTINUE SENTENCING DATE  AND [PROPOSED] ORDER** |

IT IS HEREBY STIPULATED by and between counsel for the UNITED STATES, Assistant U.S. Attorney TAREK J. HELOU, and counsel for the Defendant, Gilbert Eisenberg, that the sentencing date now set for December 17, 2009 at 2:00 PM be continued and reset for January 21, 2010 at 2:00 PM to allow defendant to complete the necessary investigation, preparation and drafting for the defendants individual Sentence Memorandum to the court.  The Probation Officer assigned to this case, Ann Searles, has no objection to this Stipulation.

Dated:  this 18th day of November, 2009.


                             /s/
                             TAREK J. HELOU Esq.
                             Assistant United States Attorney

STIPULATION  TO CONTINUE SENTENCING DATE -1-

Dated: this 18 th day of November 2009.

                                 /s/
                             GILBERT EISENBERG, Esq.
                             Counsel for Marlon Daniel Smith

GOOD CAUSE APPEARING,

IT IS SO ORDERED.

Dated this ___23rd___ day of  Nov.  2009



IT IS SO ORDERED
Judge Vaughn R Walker

STIPULATION  TO CONTINUE SENTENCING DATE -2-